AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Lodge, Edward J. | 2. Court or Organization<br><br>DISTRICT COURT, Idaho | 3. Date of Report<br><br>05/07/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Districte Judge, active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>550 West Fort Street<br>Boise, ID 83724 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Retired District Judge | State of Idaho |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | Retirement - State District Judge - 75% full pay |
| 2. | |
| 3. | |

Lodge, Edward J.

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | State of Idaho Retired District Judge | $85,157.28 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | State Senator |
| 2. 2009 | Public Employer Retirement System of Idaho |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/07/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lodge [ ] (Partnership) Dry Land Pasture Malheur County | | None | N | W | | | | | |
| 2. Ldge [ ] (Partnership) US Bank-Checking Account | A | Interest | J | T | | | | | |
| 3. Dry Pasture Canyon County, ID [ ] | | None | N | W | | | | | |
| 4. Livestock [ ] cows, [ ] bulls, [ ] heifers | | None | K | W | | | | | |
| 5. Cattle Sales | | None | | | Sold | 12/31/09 | J | D | auction |
| 6. HJ Hines | C | Dividend | M | T | | | | | |
| 7. Key Bank Market Account | A | Interest | L | T | | | | | |
| 8. Key Bank - [ ] | A | Interest | K | T | | | | | |
| 9. Windridge Farm 50% interest in land house, barn & vineyard | | None | M | W | | | | | |
| 10. Checking (sweep) Account Key Bank Caldwell, ID | A | Interest | K | T | | | | | |
| 11. Property Canyon County | | None | M | W | | | | | |
| 12. Edward J. Lodge Key Bank Private Banking (sweep) Account | B | Interest | L | T | | | | | |
| 13. Idaho Independent Bank | A | Interest | M | T | | | | | |
| 14. Washington Mutual (purchased by Chase Bank) | A | Interest | L | T | | | | | |
| 15. American Funds: Growth Fund of America Mutual Fund | A | Dividend | | | Sold | 11/09/09 | J | A | |
| 16. Oppenheimer: Opp. Small Cap Mutual Fund | A | Dividend | | | Sold | 11/09/09 | J | A | |
| 17. Security: Security Mid Cap Mutual Fund | A | Dividend | | | Sold | 11/09/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds: Europacific Growth Mutual Fund | A | Dividend | | | Sold | 11/09/09 | J | A | |
| 19. American Funds: Capital Income Builder Mutual Fund | A | Dividend | J | T | | | | | |
| 20. Franklin Templeton: Franklin Income Mutual Fund | A | Dividend | J | T | | | | | |
| 21. Chevron Stock | A | Dividend | J | T | | | | | |
| 22. Sysco Stock | A | Dividend | J | T | | | | | |
| 23. Del Monte Stock | A | Dividend | K | T | | | | | |
| 24. Supervalue Stock | A | Dividend | J | T | | | | | |
| 25. Franklin Templeton Mutual: Beacon Funds Mutual Fund | A | Dividend | | | Sold | 11/09/09 | J | A | |
| 26. American Funds: Capital Income Builder Mutual Fund | B | Dividend | K | T | | | | | |
| 27. Calamos: Calamos Strategic Mutual Fund | A | Dividend | J | T | | | | | |
| 28. Franklin Templeton: Franklin Income Mutual Fund | B | Dividend | K | T | | | | | |
| 29. American Funds: Income Fund of America Mutual Fund | A | Dividend | J | T | Sold (part) | 12/09/09 | J | A | |
| 30. Black Rock Blackrock Equity Dividend | A | Dividend | J | T | | | | | |
| 31. American Funds Capital World Growth and Income | A | Dividend | J | T | | | | | |
| 32. Black Rock Blackrock Equity Dividend | A | Dividend | | | Sold | 11/11/09 | J | A | |
| 33. Oppenheimer: Oppenheimer International Bond | A | Dividend | J | T | | | | | |
| 34. Blackrock: Blackrock Global Allocation | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stonegate Bank CD | A | Interest | | | Matured | 03/09/09 | L | A | |
| 36. Stonegate Bank CD | A | Interest | | | Matured | 04/09/09 | L | A | |
| 37. Cathay Bank CD | B | Interest | | | Matured | 06/09/09 | L | B | |
| 38. D.A. Davidson Money Market | A | Interest | O | T | | | | | |
| 39. Bank of North Carolina | A | Interest | | | Matured | 06/09/09 | L | | see additional information |
| 40. Cascade Bank Everett CD | A | Interest | | | Matured | 07/09/09 | L | | see additional information |
| 41. Wilmington Savings CD | A | Interest | | | Matured | 07/09/09 | K | | see additional information |
| 42. Oneida CO ID GO Bonds | A | Interest | K | T | Buy | 06/09/09 | K | | |
| 43. University of Id Rev. Bonds | A | Interest | K | T | Buy | 04/09/09 | K | | |
| 44. Blackrock Global Mutual Funds | A | Dividend | K | T | Buy | 12/09/09 | K | | |
| 45. Eaton Vance Global Macro Mutual Funds | C | Dividend | L | T | Buy | 12/09/09 | L | | |
| 46. I-Shares Tips | A | Dividend | K | T | Buy | 07/09/09 | K | | |
| 47. Twin Falls - Cassia UTGO Ref. Bonds | A | Interest | K | T | Buy | 09/09/09 | K | | |
| 48. Blackrock: Blackrock Global Allocation | A | Dividend | K | T | Buy | 11/09/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lodge, Edward J. | 05/07/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Investments & Trusts:

Matured CD's went to money market which raised money market values.

Line 40 purchased on 04/17/09
Line 41 purchases on 04/03/09
Line 42 purchased on 04/03/09

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY                                    T TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544